UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BRANDON BARNETT,<br><br>Plaintiff,<br><br>v.<br><br>COMMISIONER OF SOCIAL SECURITY,<br><br>Defendant. | Case No. 3:24-cv-5148-RSM<br><br>ORDER GRANTING PLAINTIFF'S MOTION FOR ATTORNEY FEES PURSANT TO 42 U.S.C. § 406(b) |

This matter comes before the Court on Plaintiff's Motion for Attorney Fees under 42 U.S.C. § 406(b). Dkt. #15. Plaintiff seeks fees in the net amount of $16,433.25 out of $95,733 in past due benefits. *See* Dkt. #15-1. This accounts for a previous Equal Access to Justice Act ("EAJA") fee award of $7,500. *Id*. Defendant takes no position on this Motion. Dkt. #16.

Attorney's fees may be awarded to a successful social security claimant's lawyer for his or her representation before a court pursuant to 42 U.S.C. §§ 406(b). *Straw v. Bowen,* 866 F.2d 1167 (9th Cir.1989). Plaintiff must apply to the Social Security Administration for an award of fees for representation at the administrative level. 42 U.S.C. § 406(a); *Stenswick v. Bowen,* 815 F.2d 519 (9th Cir.1987). Under 42 U.S.C. § 406(b), the Court may allow a reasonable fee for an attorney who represented a Social Security Title II claimant before the Court and obtained a

ORDER - 1

favorable judgment, as long as such fee is not in excess of 25% of the total past-due benefits. *See Grisbrecht v. Barnhart*, 535 U.S. 789 (2002).

Fee awards may be made under both the EAJA and § 406(b), but the claimant's attorney must refund to the claimant the amount of the smaller fee. *See Gisbrecht v. Barnhart*, 535 U.S. 789, 796 (2002).

The Court concludes the request is reasonable within the meaning of § 406(b). Accordingly, having reviewed Plaintiff's Motion, the exhibits and declarations attached thereto, and the remainder of the record, the Court ORDERS as follows: Plaintiff's Motion for Attorney Fees Pursuant to 42 U.S.C § 406(b), Dkt. #28, is GRANTED. Plaintiff's counsel is awarded $16,433.25 in attorney fees under 42 U.S.C. § 406(b). When issuing the Section 406(b) check for payment to Plaintiff's attorney, the Commissioner is directed to send to Plaintiff's attorney, George Andre Fields at P.O. Box 231024, Sacramento, CA 95823, or via automatic deposit, the net balance of $16,433.25, less any applicable processing fee prescribed by law.

DATED this 8th day of December, 2025.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

ORDER - 2